UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOHN DOE, subscriber assigned IP address  )<br>66.30.84.22,  )<br>  )<br>    Defendant.  )<br>_____ ) | Civil Action Case No. 3:17-cv-01667-AVC<br><br>Judge Alfred V. Covello |

## PLAINTIFF'S NOTICE OF SETTLEMENT
## WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 66.30.84.22 ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 27, 2017

                                                    Respectfully submitted,

                           By:     /s/ *Jacqueline M. James*
                                   Jacqueline M. James, Esq. (#1845)
                                   The James Law Firm, PLLC
                                   445 Hamilton Avenue, Suite 1102
                                   White Plains, New York 10601
                                   T: 914-358-6423
                                   F: 914-358-6424
                                   E-mail: jjameslaw@optonline.net
                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Jacqueline M. James*
Jacqueline M. James, ESQ.